**Dismissed and Memorandum Opinion filed July 3, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00098-CV

———————————

## ZYAREAYA Z. MILLER, Appellant

## V.

## JOSHUA OYENIYI, Appellee

---

### On Appeal from the County Civil Court at Law No. 4
### Harris County, Texas
### Trial Court Cause No. 1004996

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 23, 2012. The notice of appeal was filed January 27, 2012. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on

Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code Ann.. § 51.207.

On May 10, 2012, this court ordered appellant to pay the appellate filing fee on or before May 25, 2012, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.